Submitted May 6, reversed June 30, 2010

In the Matter of M. R.,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

M. R.,
*Appellant.*

Union County Circuit Court
08081706; A140159

234 P3d 1085

Victoria K. Moffet filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Vanessa A. Nordyke, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Ortega, Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

In this mental commitment case, appellant contends that the trial court erred in concluding that she is a danger to others due to her mental disorder. *Former* ORS 426.005(1)(d)(A) (2007), *renumbered as* ORS 426.005(1)(e)(A) (2009). The state concedes that the record does not establish by clear and convincing evidence that appellant's mental disorder renders her dangerous to others. On *de novo* review,[1] we accept the state's concession and agree that the evidence is insufficient to support the involuntary commitment.

Reversed.

---

[1] ORS 19.415, which governs our standard of review in this case, was recently amended. Or Laws 2009, ch 231, §§ 2-3. The amendments apply to appeals in which the notice of appeal was filed on or after June 4, 2009. Because the notice of appeal in this case was filed before that date, the amendments do not apply.